IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BARBARA J. GRASSO,

    Plaintiff,

v.

SHERRY BAKKO,

    Defendant.

Case No. 3:08-CV-00471-slc

---

## ORDER DISMISSING WITH PREJUDICE

---

Based upon the Joint Stipulation to Dismiss with Prejudice by plaintiff Barbara J. Grasso and defendant Cheryl "Sherry" Bakko, by her attorneys, Boardman, Suhr, Curry & Field, LLP, and based upon the files and records of the proceedings herein, IT IS HEREBY ORDERED that plaintiff Barbara J. Grasso's claims against defendant Sherry Bakko are DISMISSED WITH PREJUDICE and without costs to either party.

Dated this 13th day of February, 2009.

BY THE COURT:

_____
Honorable Stephen L. Crocker
United States Magistrate Judge